No. 988.  DOLBOW *v.* NEW JERSEY; and
No. 989.  DRISCOLL *v.* SAME.  ▮ Jurisdictional statement distributed May 27, 1937.  Decided June 1,

1937. *Per Curiam:* The appeals herein are dismissed for the want of a substantial federal question. *Hayes* v. *Missouri,* 120 U. S. 68, 71; *Brown* v. *New Jersey,* 175 U. S. 172, 175–177; *Frank* v. *Mangum,* 237 U. S. 309, 341, 342; *Snyder* v. *Massachusetts,* 291 U. S. 97, 105. *Mr. John Warren* for appellant in No. 988. *Mr. James Mercer Davis* for appellant in No. 989. No appearance for appellee.